# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:07CR101

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ALLEN VAN BRITT ) | |

**THIS MATTER** is before the Court on the Defendant's appeal of the Order of Detention entered by the Magistrate Judge.

The Defendant and five co-Defendants have been charged in a one count bill of indictment of conspiracy to possess with intent to distribute at least 500 grams of methamphetamine. If convicted, the Defendant faces a maximum punishment of not less than 10 years or more than life imprisonment and a $4 million fine, or both. His trial is scheduled to begin January 7, 2008.

The Defendant's appeal from the Magistrate Judge's order of detention does not state any grounds for the relief sought and, as a result, the appeal is summarily denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's appeal is **DENIED**, and the Magistrate Judge's order of detention is **AFFIRMED.**

Signed: November 26, 2007

Lacy H. Thornburg
United States District Judge